NUMBER 13-00-234-CV





COURT OF APPEALS





THIRTEENTH DISTRICT OF TEXAS





CORPUS CHRISTI

___________________________________________________________________




GABRIEL
ANGUIANO AND GLORIA ANGUIANO, Appellants, 



v.





THE STATE OF TEXAS, Appellee. 

___________________________________________________________________




On appeal from the 357th District Court 

of
Cameron
 County, Texas.

___________________________________________________________________




O P I N I O N





Before Chief Justice Seerden and Justices Dorsey and Rodriguez 

Opinion Per Curiam





Appellants, GABRIEL ANGUIANO AND GLORIA ANGUIANO, perfected an
appeal from a judgment entered by the 357th District Court of Cameron
County, Texas, in cause number 99-07-3025-E. After the
clerk's record was filed, the parties filed a joint motion to reverse and
remand. In the motion, the parties state that they agree that appellants did
not have notice of the hearing on the motion for summary judgment in the trial
court, nor did appellants have at least 21 days within which to respond to appellee's motion for summary judgment. The parties to this
appeal have agreed that this appeal should be disposed of by reversing the
trial court's summary judgment and remanding this case to the trial court for a
new hearing on appellee's motion for summary judgment
which shall be held with proper notice of the hearing to all parties. 

The Court, having examined and fully considered the documents on file and
the parties' joint motion, is of the opinion that the motion should be granted.
The joint motion is granted, and the judgment of the trial court is hereby
REVERSED and the cause is REMANDED to the trial court for a new hearing on the
motion for summary judgment. 

PER CURIAM 

Opinion ordered not published. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 8th day of June, 2000.